DANIEL J. ROHLF
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Boulevard
Portland, OR  97219
Tel: (503) 768-6707
E-mail: rohlf@lclark.edu

HOWARD M. SHANKER
The Shanker Law Firm PLC
700 East Baseline Road, Building B
Tempe, AZ 85283
Tel: (480) 838-9460
Fax: (480) 838-9433
E-mail: howard@shankerlaw.net

*Attorneys for Plaintiffs*


IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Acting Section Chief
KRISTEN L. GUSTAFSON, Assistant Section Chief
H. HUBERT YANG, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

*Attorneys for Defendants*

Case No. CV 10-2130-PHX-MHM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and MARICOPA AUDUBON SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH SALAZAR, in his official capacity as Secretary of the United States Department of the Interior, and ROWAN GOULD, in his official capacity as Acting Director of the United States Fish and Wildlife Service,<br><br>Defendants. | Case No. CV 10-2130-PHX-MHM<br><br>JOINT MOTION TO ENLARGE PAGE LIMITS |

Plaintiffs Center for Biological Diversity and Maricopa Audubon Society (collectively, "Plaintiffs") and Defendants Kenneth Salazar, in his official capacity as Secretary of the United States Department of the Interior, and Rowan Gould, in his official capacity as Acting Director of the United States Fish and Wildlife Service ("Service") (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court for an order to enlarge the page limits set forth in Local Rule 7.2(e) for the parties' briefing on Plaintiffs' Motion for Preliminary Injunction, which will be filed on November 1, 2010, pursuant to the Court's scheduling order dated October 20, 2010. Docket ("Dkt.") 10. Given the breadth of the issues likely to be raised in the parties' briefing on Plaintiffs' Motion for Preliminary Injunction, the parties respectfully seek an enlargement of the page limits as follows:

1.	Plaintiffs' opening brief in support of their Motion for Preliminary Injunction shall not exceed 25 pages.

2.	Defendants' response brief in opposition to Plaintiffs' Motion for Preliminary Injunction shall not exceed 25 pages.

3.	Plaintiffs' reply brief in support of their Motion for Preliminary Injunction shall not exceed 12 pages.

Dated:  October 28, 2010		Respectfully submitted,

DANIEL J. ROHLF
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Boulevard
Portland, OR  97219
Tel: (503) 768-6707
E-mail: rohlf@lclark.edu

*/s/ Howard M. Shanker*
HOWARD M. SHANKER
The Shanker Law Firm PLC
700 East Baseline Road, Building B
Tempe, AZ 85283
Tel: (480) 838-9460
Fax: (480) 838-9433
E-mail: howard@shankerlaw.net

*Attorneys for Plaintiffs*


IGNACIA S. MORENO
Assistant Attorney General
SETH M. BARSKY
Acting Section Chief
KRISTEN L. GUSTAFSON
Assistant Section Chief

*/s/ H. Hubert Yang*
H. HUBERT YANG
Trial Attorney

Case No. CV 10-2130-PHX-MHM

United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

Of Counsel:

JANET SPAULDING
United States Department of the Interior
Office of the Solicitor
Southwest Regional Office

*Attorneys for Defendants*

Case No. CV 10-2130-PHX-MHM

4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2010, I electronically filed the foregoing Joint Motion to Enlarge Page Limits and [Proposed] Order with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ H. Hubert Yang*
H. HUBERT YANG
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3710
Washington, DC 20004
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

*Attorney for Defendants*