Howard Shanker
The Shanker Law Firm, PLC
700 East Baseline Road
Building B
Tempe, Arizona 85283
Telephone: (480) 838-9300
Fax: (480) 838-9433
howard@shankerlaw.net

Justin Augustine (SBN 235561)
Pro Hac Vice
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Daniel J. Rohlf
Pro Hac Vice
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Telephone: (503) 768-6707
Fax: (503) 768-6642
rohlf@lclark.edu

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY;** and **MARICOPA AUDUBON SOCIETY;**<br><br>Plaintiffs,<br><br>v.<br><br>**KENNETH SALAZAR**, in his official Capacity as Secretary of the United States Department of the Interior, and **ROWAN GOULD**, in his official capacity as Acting Director of the United States Fish and Wildlife Service,<br><br>**Defendants**. | **Civ. No.: 10-02130-PHX-MHM**<br><br>**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

For the reasons set forth in the accompanying memorandum, Plaintiffs respectfully request that this Court enter the proposed order accompanying this motion, preliminarily enjoining FWS from again removing desert eagles from the list of threatened species pending this Court's review of the merits of Plaintiffs' challenge to FWS' February, 2010 final 12 month finding that the population of bald eagles inhabiting the Sonora Desert region are not eligible for listing under the Endangered Species Act.

DATED: November 1, 2010

Respectfully Submitted,

/s/ DANIEL J. ROHLF

Howard Shanker
The Shanker Law Firm, PLC
700 East Baseline Road
Building B
Tempe, Arizona 85283
Telephone: (480) 838-9300
Fax: (480) 838-9433
howard@shankerlaw.net

Justin Augustine (SBN 235561)
Pro Hac Vice (pending)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA  94104
Telephone: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Daniel J. Rohlf
Pro Hac Vice
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Blvd.
Portland, OR  97219
Telephone: (503) 768-6707
Fax: (503) 768-6642
rohlf@lclark.edu

Attorneys for Plaintiffs