IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and MARICOPA AUDUBON SOCIETY,<br><br>          Plaintiffs,<br><br>     and<br><br>THE SAN CARLOS APACHE TRIBE, a federally recognized Indian Tribe of Arizona,<br><br>          Plaintiff-Intervenor,<br><br>     v.<br><br>KENNETH SALAZAR, in his official capacity as Secretary of the United States Department of the Interior, and ROWAN GOULD, in his official capacity as Acting Director of the United States Fish and Wildlife Service,<br><br>          Defendants. | Case No. CV 10-2130-PHX-DGC<br><br>ORDER RE WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND SCHEDULE FOR FURTHER PROCEEDINGS |

Pursuant to the parties' Joint Stipulation re Withdrawal of Plaintiffs' Motion for Preliminary Injunction And Schedule For Further Proceedings (First Request), the Court hereby GRANTS the parties' request as follows:

Case No. CV 10-2130-PHX-DGC

1

1. Plaintiffs shall withdraw their pending Motion for Preliminary Injunction, Dkt. 15, without prejudice, and Plaintiff-Intervenor(s) agree to forgo the submission of briefing in support thereof.

2. Defendants' answers or other responses to Plaintiffs' Complaint and the Complaint(s)-In-Intervention filed by Plaintiff-Intervenor(s) shall be filed no later than 60 days after service of the Apache Tribe's Complaint-In-Intervention.

3. Defendants shall lodge the administrative record with the Court no later than March 11, 2011.

4. Plaintiffs and Plaintiff-Intervenor(s) shall review the administrative record and no later than April 29, 2011, or 49 days after Defendants lodge the administrative record, whichever is earlier, file any motions regarding the scope or contents of the administrative record.  The parties agree that they will meet and confer at the earliest possible time in a good-faith effort to resolve any issues related to the scope or contents of the administrative record prior to filing any such motions, and Defendants reserve the right to object to any such motions.  In the event that any motions regarding the scope or contents of the administrative record are filed, the parties further agree to submit a joint proposed schedule for the parties' briefing on any such motions concurrently therewith.

5. Plaintiffs' and Plaintiff-Intervenor(s)' opening briefs in support of their respective motions for summary judgment shall be filed (1) no later than April 29, 2011, or 49 days after the administrative record is lodged with the Court, or (2) no later than 28 days after the resolution of any motions related to the scope or contents of the administrative record, whichever is later.  The opening brief filed by Plaintiffs shall not

1 exceed 35 pages, and the opening brief(s) filed by Plaintiff-Intervenor(s) shall not
2 exceed 25 pages each. Plaintiffs and Plaintiff-Intervenor(s) shall avoid duplication in
3 their briefs.

4       6.     Defendants' combined brief in opposition to Plaintiffs and Plaintiff-
5 Intervenor(s)' motions for summary judgment and in support of Defendants' cross-
6 motion for summary judgment shall be filed no later than 48 days after the filing of
7 Plaintiffs and Plaintiff-Intervenor(s)' opening briefs, or June 16, 2011, if no motions
8 related to the scope or contents of the administrative record are filed. The combined
9 brief field by Defendants shall not exceed 50 pages.

10       7.     Plaintiffs' and Plaintiff-Intervenor(s)' reply briefs in support of their
11 respective motions for summary judgment and in opposition to Defendants' cross-
12 motion for summary judgment shall be filed no later than 22 days after the filing of
13 Defendants' combined opening / opposition brief, or July 8, 2011, if no motions related
14 to the scope or contents of the administrative record are filed. The reply / opposition
15 brief filed by Plaintiffs shall not exceed 25 pages, and the reply / opposition brief(s) filed
16 by Plaintiff-Intervenor(s) shall not exceed 15 pages each. Plaintiffs and Plaintiff-
17 Intervenors shall avoid duplication in their briefs.

18       8.     Defendants' combined reply brief in support of their cross-motion for
19 summary judgment shall be filed no later than 21 days after the filing of Plaintiffs' and
20 Plaintiff-Intervenor(s)' reply / opposition briefs, or July 29, 2011, if no motions related
21 to the scope or contents of the administrative record are filed. The combined reply brief
22 field by Defendants shall not exceed 32 pages.

1 | 9. The hearing scheduled for March 10, 2011 at 2:00 PM is VACATED.

2 | Dated this 7th day of February, 2011.

_____
David G. Campbell
United States District Judge