M. REED HOPPER, CA Bar No. 131291*
E-mail: mrh@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Pro Hac Vice

Attorneys for Amicus Curiae
Pacific Legal Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; and MARICOPA AUDUBON SOCIETY,<br>　　　　　Plaintiffs,<br><br>SAN CARLOS APACHE TRIBE, a federally recognized Indian Tribe; and SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br>　　　　　Plaintiff-Intervenors,<br><br>v.<br><br>KENNETH SALAZAR, in his official capacity as Secretary of the U.S. Department of the Interior; and ROWAN GOULD, in his official capacity as the Acting Director of the U.S. Fish and Wildlife Service,<br>　　　　　Defendants. | No. 2:10-cv-02130-PHX-DGC<br><br>**MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE OF PACIFIC LEGAL FOUNDATION IN SUPPORT OF DEFENDANTS** |

**NOTICE OF MOTION AND MOTION**

NOTICE IS GIVEN that Pacific Legal Foundation (PLF) hereby moves this Court, under Rule 7 of the Federal Rules of Civil Procedure, and Local Rule 7.2, to file an amicus curiae brief in support of Defendants, Kenneth Salazar, *et al.* Consent for this filing was given by Defendants but withheld by Plaintiffs.

Amicus respectfully submits the accompanying brief urging this Court to deny Plaintiffs' motion for summary judgment and to uphold Defendants' DPS listing decision for the Sonoran Desert bald eagle population.

**IDENTITY AND INTEREST OF AMICUS CURIAE**

PLF was founded more than 35 years ago and is widely recognized as the Nation's largest and most experienced nonprofit legal foundation defending private property rights, economic liberty, and limited government in court.

This case involves a challenge to a decision by the U.S. Fish and Wildlife Service that the Sonoran Desert bald eagle population is not a "distinct population segment" and therefore may not be listed as "threatened" or "endangered" under the Endangered Species Act. *See* 75 Fed. Reg. 8601 (Feb. 25, 2010). Plaintiffs seek an expanded interpretation of the Act which exceeds agency guidance, express congressional intent, and binding Ninth Circuit precedent. As a public interest foundation, PLF has an institutional interest in the rule-of-law and balanced environmental regulation. But PLF's interest in this case goes beyond the general public interest; PLF litigated the case compelling the final delisting of the bald eagle in the contiguous states.

On July 6, 1999, the Service published a proposed rule to delist the bald eagle throughout the lower 48 states due to recovery. *See* 64 Fed. Reg. 36454 (July 6, 1999). However, the Service took no action on that proposed rule until PLF filed a complaint for declaratory relief in 2005. In 2006, the District Court of Minnesota ordered the Service to issue a final rule on the delisting proposal. *See Contoski v. Scarlett*, No. 005-2528 (JRT/RLE), 2006 U.S. Dist. *Lexis* 56345 (Aug. 10, 2006). On July 9, 2007, the Service issued a final rule delisting the bald eagle throughout the lower 48 states, including

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

specifically the Sonoran Desert bald eagle population in this case. *See* 72 Fed. Reg. 37346 (July 9, 2007). PLF has, therefore, a direct and substantial interest in this case.

## MEMORANDUM OF POINTS AND AUTHORITIES

District Courts are vested with broad discretion to permit a nonparty's participation as amicus curiae. *See Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) ("[D]istrict court has broad discretion to appoint amici curiae."). *See also National Association of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007) (finding court would benefit from organization's participation as amicus in support of government's interpretation of Clean Water Act). An amicus brief is appropriate when it serves "the benefit of the court, assisting the court in cases of general public interest." *Newark Branch, N.A.A.C.P. v. Twp. of Harrison*, 940 F.2d 792, 808 (3d Cir. 1991); *see also Black Star Farms, LLC v. Oliver*, 600 F.3d 1225, 1232 (9th Cir. 2010) (noting amicus brief was "helpful to the court"); *Peters v. Jenney*, 327 F.3d 307, 319 n.13 (4th Cir. 2003) (same).

PLF has appeared as amicus curiae in numerous cases involving the interpretation and application of the Endangered Species Act including the landmark case of *Bennett v. Spear*, 520 U.S. 154 (1997), wherein the High Court has stated that the environment is "a matter in which it is common to think all persons have an interest."

PLF attorneys are familiar with this case and have read Plaintiffs' pleadings. PLF believes it can offer an important additional viewpoint on interpreting the Service's DPS Policy that will assist the Court in resolving this case. Moreover, this motion and the accompanying brief have been timely filed so as to not prejudice any party.

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

## CONCLUSION

For the foregoing reasons, PLF respectfully requests that the motion for leave to file a brief amicus curiae be granted.

DATED: August 22, 2011.

                              Respectfully submitted,

                              M. REED HOPPER

                              By  /s/ M. REED HOPPER
                                        M. REED HOPPER, Pro Hac Vice

                              Attorneys for Amicus Curiae
                              Pacific Legal Foundation

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2011, I electronically filed the foregoing MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE OF PACIFIC LEGAL FOUNDATION IN SUPPORT OF DEFENDANTS with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      /s/ M. REED HOPPER
      M. REED HOPPER

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

Mtn. for Leave to File Brief Amicus Curiae
—2:10-cv-02130-PHX-DGC     - 4 -