**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity and Maricopa Audubon Society,<br><br>Plaintiffs,<br><br>and<br><br>San Carlos Apache Tribe, a federally recognized Indian tribe, and Salt River Pima-Maricopa Indian Community, a federally recognized Indian tribe,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>Kenneth Salazar, in his official capacity as Secretary of the United States Department of the Interior, and Daniel Ashe, in his official capacity as Director of the United States Fish and Wildlife Service,<br><br>Defendants. | No. CV10-2130-PHX-DGC<br><br>**ORDER AND JUDGMENT** |

The Court previously granted motions for summary judgment filed by Plaintiffs and Plaintiff-Intervenors (Doc. 57, 61, 63) to the extent they asserted that FWS's desert eagle 12-month finding was procedurally flawed. Doc. 88. The Court remanded the finding to FWS for reconsideration. That reconsideration is now complete (Doc. 99), and the Court therefore enters the following Order and Judgment:

1. Judgment is entered in favor of Plaintiffs and Plaintiff-Intervenors consistent with the Court's ruling on the parties' motions for summary judgment (Doc. 88).

2. The 60-day period for the parties to discuss fees and costs (Doc. 98) shall commence upon the filing of this Order and Judgment.

3. The Court **denies** the requests of Plaintiff and Plaintiff-Intervenors to require Defendants to produce an administrative record in advance of the filing of a new lawsuit.

4. For purposes of judicial economy, any new lawsuit filed in this Court concerning treatment of the desert bald eagle under the Endangered Species Act shall be assigned to the undersigned judge.

Dated this 14th day of May, 2012.

*David G. Campbell*
United States District Judge